UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

                       Plaintiff

Case Number 10-10635
Hon. Robert H. Cleland

DENISE P. LATTEN

                       Defendant.

and

HUNTINGTON BANK and
INTEGRITY SHOWS

                       Garnishee Defendants

_____

**ORDER RESOLVING DEFENDANT'S REQUEST FOR HEARING AND OBJECTONS TO GARNISHMENT**

THIS MATTER has come before the Court on Writs of Continuing Garnishment directed to Garnishees, Huntington Bank and Integrity Shows, which Writs were duly issued and served upon said Garnishees. Garnishee, Huntington Bank, filed an Answer, stating that at the time of the service of the Writ, it had in its possession, or under its control, personal property belonging to and due Defendant. Garnishee, Integrity Shows, filed an Answer advising that at the time of the service of the Writ, it did <u>not</u> have in its possession, or under its control, personal property belonging to and due Defendant. Pursuant to Defendant's request, a hearing was held on August 15, 2012, wherein the parties reached a resolution, which was placed on the record; now therefore:

**IT IS HEREBY ORDERED** that Defendant's objections to garnishment are withdrawn pursuant to the resolution reached by the parties;

**IT IS FURTHER ORDERED** that all funds being held by Garnishee, Huntington Bank, as of August 15, 2012, shall be returned to the Defendant, with the exception of $65.00, which shall be paid to the U.S. Department of Justice.

**IT IS FURTHER ORDERED** that commencing September 30, 2012, and continuing on the 30th day of each month thereafter until paid in full or until further Order of this Court, Defendant shall pay to Plaintiff the sum of $65.00 per month.  Defendant shall mail said payments to:  USDOJ, NCIF, P.O. Box 790363, St. Louis, MO 63179-0363.

**IT IS FURTHER ORDERED** Defendant shall contact Plaintiff's counsel on or before September 10, 2012 to advise Plaintiff of her employment status.  If Defendant is employed as of September 10, 2012, the installment payments set forth in this Order shall be increased from $65.00 per month to $40.00 biweekly, by way of a Wage Assignment.  Defendant shall promptly execute any and all documents necessary to effectuate said Wage Assignment.

**IT IS FURTHER ORDERED** that if Defendant is not employed on September 10, 2012, Plaintiff will provide Defendant with a Financial Statement to complete and submit to Plaintiff.  Plaintiff will review and evaluate the completed Financial Statement to determine if Defendant is eligible to have her monthly installment payment lowered to $50.00 per month.  Defendant shall continue making payments of $65.00 per month as set forth above while Plaintiff undertakes said review and evaluation.

**IT IS FURTHER ORDERED** that should Defendant obtain or change employment after September 10, 2012, Defendant will notify Plaintiff of same within ten (10) days of commencing said employment, and promptly execute a Wage Assignment in the amount of $40.00 biweekly.

**IT IS FURTHER ORDERED** that should Defendant fail to comply with the terms of this Order, the installment payment provisions of this Order shall be set aside upon

Plaintiff's filing of an Affidavit of Non-Compliance, and Plaintiff may issue any process for the enforcement of its Judgment.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: August 24, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 24, 2012, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522